UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 3:06-CV-742 PS |
| vs. ) | |
| ) | |
| TIPPECANOE COUNTY ) | |
| COMMISSIONERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

REPORT AND RECOMMENDATION

On July 12, 2007, James Walker, a *pro se* prisoner, was ordered to show cause why this case should not be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b) because he has not kept the court appraised of his current address. That order stated that without a usable address, the court is unable to contact him and this lawsuit cannot continue. That order was returned, undeliverable. The deadline for responding to that order has now passed. Therefore the Court **RECOMMENDS** that this case be dismissed without prejudice for want of prosecution and for failure to comply with an order of this court pursuant to FED. R. CIV. P. 41(b).

**NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. FED. R. CIV. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.** *See Thomas v. Arn*, 474 U.S. 140 (1985); *Lerro v. Quaker Oats Co.*, 84 F.3d 239 (7th Cir. 1996); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21 Ltd.*, 797 F.2d 538 (7th Cir. 1986)**.**

SO ORDERED.

Dated this 7th Day of August, 2007.

S/Christopher A. Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge