UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CAUSE NO. 3:06-CV-742 PS |
| vs. | ) |
| | ) |
| TIPPECANOE COUNTY | ) |
| COMMISSIONERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

On August 7, 2007, the United States Magistrate Judge entered a Report and Recommendation. There being no objection to the Report and Recommendation, the court now **ADOPTS** it and **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED.**

ENTERED: August 30, 2007

s/ Philip P, Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT